UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No: 1:20-cv-2202-STV

**DEBORAH LAUFER,**

Plaintiff,

v.

**NCP 1221 BROADWAY, LLC.,**

Defendant(s).

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE**

---

Plaintiff, by and through her undersigned counsel, hereby voluntarily dismisses this is case, without prejudice.

/s/ *Philip Michael Cullen, III.*
**PHILIP MICHAEL CULLEN, III**
**Attorney at law – Chartered**
621 South Federal Highway, Suite Four
Fort Lauderdale, Florida 33301
Telephone: (954) 462-0600
Facsimile: (954) 462-1717
CULLENIII@aol.com.com